No. 74–1650. ENVIRONMENTAL PROTECTION AGENCY v. ST. JOE MINERALS CORP. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded with instructions to dismiss cause as moot.

No. 75–182. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. JERSEY CENTRAL POWER & LIGHT CO. ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Franks* v. *Bowman Transportation Co., Inc.*, 424 U. S. 747. MR. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 75–649. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. MATTERN ET AL. C. A. 3d Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mathews* v. *Eldridge*, 424 U. S. 319.

No. 75–1234. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. ELLIOTT ET AL. C. A. 9th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mathews* v. *Eldridge*, 424 U. S. 319.